COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| ST. FRANCIS ON THE HILL CHURCH, A TEXAS NON-PROFIT CORPORATION, FORMERLY KNOWN AS ST. FRANCIS ON THE HILL EPISCOPAL CHURCH, | § § § § | |
|  | § | No. 08-11-00099-CV |
| Appellant, | | |
|  | § | Appeal from the |
| v. | | |
|  | § | 210th District Court |
| THE EPISCOPAL CHURCH, A NON-PROFIT UNINCORPORATED ASSOCIATION, THE DIOCESE OF THE RIO GRANDE, A NON-PROFIT UNINCORPORATED ASSOCIATION, AND THE TRUSTEES OF PROPERTY OF THE EPISCOPAL CHURCH, DIOCESE OF THE RIO GRANDE, IN TEXAS, A TEXAS NON-PROFIT CORPORATION, | § § § § § | of El Paso County, Texas

(TC# 2008-4075) |
| Appellees. | § | |

**MEMORANDUM OPINION**

Pending before the Court is Appellant's unopposed motion for voluntary dismissal of this appeal. *See* TEX. R. APP. P. 42.1(a)(1). The motion is granted, and this appeal is dismissed. Costs of appeal are assessed against Appellant. *See* TEX. R. APP. P. 42.1(d).


GUADALUPE RIVERA, Justice

August 31, 2011

Before Chew, C.J., McClure, and Rivera, JJ.